

**Fox Rothschild LLP**
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com



RECEIVED
MAY 28 2014
CHAMBERS OF
COLLEEN McMAHON

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/14

# MEMO ENDORSED

James M. Lemonedes
Direct Dial: (212) 878-7918
Email Address: jlemonedes@foxrothschild.com

May 28, 2014

**VIA FACSIMILE (212) 805-6326**

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

*[Handwritten: 5/28/2014  You have 7 days to respond.]*

Re:   Ahad, et al. v. Esquared 6th Avenue, LLC, et al.
      Civil Action No.: 13-cv-9110 (CM)

Dear Judge McMahon:

We represent the Defendants in the above-referenced matter. We write to respectfully inform the Court that the Parties have been unable to reach a settlement in this matter. Over the past few months, Defendants' counsel invited Plaintiffs' counsel several times to review payroll, time, gratuity, sales, and banquet records for various workweeks during the relevant time period. These records showed that, despite the allegations in the Complaint, all gratuities collected by Plaintiffs' employer, Esquared 6th Avenue, LLC d/b/a Humphrey, were paid over to the Plaintiffs. Nonetheless, Plaintiffs maintain that certain unspecified gratuities were withheld by Defendants. They have also not provided a settlement demand to-date. As a result, the Parties have been unable to reach an informal resolution of this matter at this time.

Therefore, Defendants respectfully request seven calendar (7) days to respond to Plaintiffs' Counsel's letter dated March 20, 2014 outlining the alleged scope and relevant time period governing the proposed FLSA Collective Action in this matter.

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,
FOX ROTHSCHILD LLP

*James M. Lemonedes*

James M. Lemonedes

A Pennsylvania Limited Liability Partnership

California    Colorado    Connecticut    Delaware    District of Columbia
Florida       Nevada      New Jersey     New York    Pennsylvania

ACTIVE 25797667v1 05/27/2014



**Fox Rothschild LLP**
ATTORNEYS AT LAW

Honorable Colleen McMahon, U.S.D.J.
U.S. District Court, Southern District of New York
May 28, 2014
Page 2

cc: Robert Wisniewski, Esq. (via regular U.S. mail and email – office@rwapc.com)
Carolyn D. Richmond, Esq. (Fox Rothschild – NYC)
Alexander W. Leonard, Esq. (Fox Rothschild – NYC)

ACTIVE 25797667v1 05/27/2014